FITZGERALD, Respondent, v. O'ROURKE ENGINEERING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Patrick Fitzgerald against the O'Rourke Engineering Com-

pany. J. B. Henney, for appellant. A. T. O'Leary, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent, on the ground that the evidence did not sustain finding that defendant was negligent.